ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2700

Attorneys for Defendant
UNITED STATES AIR FORCE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE BERNARD BEASLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AIR FORCE, BEALE AIR FORCE BASE FOIA OFFICE, <br><br> Defendants. | CASE NO. 2:25-CV-03247-DC-CSK <br><br> [PROPOSED] MODIFIED ORDER RE UNITED STATES AIR FORCE'S MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Defendant filed a motion for administrative relief seeking an extension of time to respond to Plaintiff's complaint. On December 22, 2025, Plaintiff filed a "limited non-opposition" stating he does not oppose Defendant's motion and requests no further extensions be granted absent a showing of extraordinary circumstances. (ECF No. 7 at 1.)

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby extends the deadline for Defendant to file an answer to Plaintiff's complaint to **January 30, 2026.**

DATED: January 7, 2026

HONORABLE CHI SOO KIM
United States Magistrate Judge

4, beas3247.25

MOTION FOR ADMINISTRATIVE RELIEF    1